# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| v. | * |
| ROYCE WEAVER | * No. 4:11CR00165-01-SWW |
| Defendant. | * |

## ORDER

On March 26, 2012, the court held a hearing on the matter of withdrawal of Defendant's attorney, Mark Jesse, Esq. The Court permitted Mr. Jesse to withdraw. At the hearing, Mr. Weaver's family stated that they were hiring Ms. Denese Fletcher to represent Defendant, but Ms. Fletcher has not made an entry of appearance in the matter. At the hearing, it was also evident that, without family financial support, Mr. Weaver does not have the ability to hire a lawyer. Accordingly, Mr. Richard Hughes, Esq., is appointed to represent Mr. Weaver in this matter. If Defendant's family wishes to hire private counsel, the Court will relieve Mr. Hughes once private counsel has filed a motion to substitute.

IT IS SO ORDERED this 27th day of March 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE