IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                    NO. 4:11CR00165-SWW

ROYCE WEAVER                                                          DEFENDANT

## ORDER

The Government has moved for issuance of summons and for revocation of Defendant's temporary pretrial release. (Docket entry #47) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Royce Weaver for appearance at a hearing before United States Magistrate Judge Beth Deere on October 18, 2012, at 2:30 p.m. to show cause why his temporary pretrial release should not be revoked.

IT IS SO ORDERED this 10th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE